

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS035342
Cashier ID: vaglion
Transaction Date: 07/06/2015
Payer Name: PRISCILLA SANTOS CORTEZ

CIVIL FILING FEE
For: PRISCILLA SANTOS CORTEZ
Case/Party: D-NVX-2-15-CV-001270-001
Amount:         $400.00

CHECK/MONEY ORDER
Remitter: TEMPLE HEIGHTS ASSOCIATION
Check/Money Order Num: 1097
Amt Tendered:   $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```

**2:15-cv-01270-JAD-NJK**